1  **McGuireWoods LLP**
   Michael R. Phillips (*pro hac vice*)
2      Email: sbeldner@mcguirewoods.com
   77 W Wacker Drive, Suite 4100
3  Chicago, IL 60601
   Telephone: 312.750.8902
4  Facsimile: 312.920.6181

5  Attorneys for Defendants
   MANPOWER INC. / CALIFORNIA PENINSULA; MANPOWER US INC.; MANPOWER
6  INC.; MANPOWERGROUP PUBLIC SECTOR INC;  AND MANPOWERGROUP US INC.;

7  **Fitzpatrick, Spini & Swanston**                **WANGER JONES HELSLEY PC**
   B. James Fitzpatrick, Esq. (SBN 129056)          Patrick D. Toole, Esq. (SBN 190118)
8  Charles Swanston, Esq. (SBN 181882)              265 E. River Park Circle, Suite 310
   555 S. Main Street                                Fresno, California 93720
9  Salinas, California 93901                         Telephone: (559) 233-4800
   Telephone: (831) 755-1311                         Facsimile: (559) 233-9330
10 Facsimile: (831) 755-1319                         E-Mail: ptoole@wjhattorneys.com
   E-Mail: bjfitzpatrick@fandslegal.com
11 E-Mail: cswanston@fandslegal.com

12 Attorneys for Plaintiffs
   JUVENTINA MATA, CLAUDIA PADILLA, AND LESLI GUIDO
13
                           **UNITED STATES DISTRICT COURT**
14
                           **NORTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| JUVENTINA MATA, CLAUDIA PADILLA, and LESLI GUIDO on behalf of themselves and all other similarly aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MANPOWER, INC. / CALIFORNIA PENINSULA; MANPOWER US INC.; MANPOWER INC.; MANPOWERGROUP PUBLIC SECTOR INC; MANPOWERGROUP US INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:  5:14-cv-03787-LHK<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**I.   STIPULATION**

All parties, through their counsel of record, do hereby agree to the following:

1. This case was removed to the United States District Court for the Northern District of California on August 20, 2014. (ECF No. 1).

2. On August 21, 2014, the case was assigned to the Honorable Howard R. Lloyd, and an Order was entered setting the Initial Case Management Conference and ADR deadlines. (ECF No. 4).

3. On August 25, 2014, this case was reassigned to the Honorable Lucy H. Koh. (ECF No. 9).

4. On October 14, 2014, a Clerk's Notice was entered, which set the Initial Case Management Conference for January 21, 2015 at 2:00 p.m., and further set January 14, 2015 as the deadline for the parties to file a Joint Management Statement. (ECF No. 13).

5. Lead Counsel for Defendants, Michael R. Phillips, has a conflict on January 21, 2015 with a previously scheduled arbitration hearing and is unable to appear for the Initial Case Management Conference on that day.

6. On November 14, 2014, counsel for Defendants contacted the Honorable Lucy H. Koh's Calendar Clerk and Courtroom Deputy, Stacy Sakamoto, notified her of the conflict, and inquired as to alternative dates for which the Initial Case Management Conference could be held.

7. Ms. Sakamoto stated that Wednesday, February 18, 2015 was available and that the parties could request this specific date in their stipulation.

8. The parties have met and conferred and stipulate that the Initial Case Management Schedule should be continued to February 18, 2015 at 2:00 p.m.

9. Pursuant to Local Rules 16-2(e) and 7-12, the parties hereby submit this Stipulation for Court approval.

**IT IS SO STIPULATED.**

DATED:  December 3, 2014            **MCGUIREWOODS LLP**

By:   / s / Michael R. Phillips
            Michael R. Phillips

Attorneys for Defendants:
MANPOWER, INC. / CALIFORNIA PENINSULA; MANPOWER US INC.; MANPOWER INC.; MANPOWERGROUP PUBLIC SECTOR INC; MANPOWERGROUP US INC.;

DATED: December 3, 2014            **WANGER JONES HELSLEY PC**

By: /s/ Patrick Toole (with permission)
         Patrick D. Toole
         Attorneys for Plaintiffs

DATED: December 3, 2014            **FITZPATRICK, SPINI & SWANSTON**

By:  /s/  B. James Fitzpatrick (with permission)
         B. James Fitzpatrick,
         Charles Swanston
         Attorneys for Plaintiffs

**PURSUANT TO STIPULATION,**

The joint case management conference is continued to January 28, 2015, at 2 p.m.

DATED: December 5, 2014            _Lucy H. Koh_

Honorable Lucy H. Koh

United States District Court Judge
Northern District of California