UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JUVENTINA MATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MANPOWER INC. / CALIFORNIA PENINSULA, et al., <br><br> Defendants. | Case No.:14-CV-03787-LHK <br><br> **ORDER DENYING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 19 |

The parties have filed a stipulation to continue the initial case management conference, currently scheduled for February 18, 2015, at 2 p.m. *See* ECF No. 19. The parties state that Defendants recently retained new counsel, and therefore request a continuance so Defendants' counsel can become familiar with this matter. *Id.* at 2.

This case was initially filed in California Superior Court, County of Monterey on May 29, 2014. ECF No. 1-1. This case was then removed to U.S. District Court on August 20, 2014. ECF No. 1. Therefore, this case has been pending before this Court for approximately six months. Moreover, this Court has previously granted a stipulation to continue the initial case management conference to accommodate counsel for Defendants. *See* ECF No. 15.

The current stipulation is denied. The parties shall file a joint case management statement

1

Case No.: 14-CV-03787-LHK
ORDER DENYING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

by Tuesday, February 16, 2015 at 9 a.m.

**IT IS SO ORDERED.**

Dated: February 12, 2015

_____
LUCY H. KOH
United States District Judge