UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JUVENTINA MATA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MANPOWER INC. / CALIFORNIA PENINSULA, et al.,<br><br>　　　　　Defendants. | Case No.:  14-CV-03787-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Charles Swanston; Bernard Fitzpatrick; Patrick Toole
Defendants' Attorney: Timothy Johnson

　　　An initial case management conference was held on February 18, 2015.  A further case management conference is set for April 15, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by April 8, 2015.

　　　All discovery, including initial disclosures, is stayed until ordered otherwise.

**IT IS SO ORDERED.**

Dated: February 18, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-cv-03787-LHK
CASE MANAGEMENT ORDER