UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUVENTINA MATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MANPOWER INC. / CALIFORNIA PENINSULA, et al.,<br><br>    Defendants. | Case No.: 14-CV-03787-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney(s): Patrick Toole
Defendant's Attorney(s): Timothy Johnson

     A further case management conference was held on April 15, 2015, at 1:00 p.m. A further case management conference is set for July 29, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 22, 2015. At the next case management conference, the parties should be prepared to address whether the released claims in *Willner v. Manpower, Inc.*, Case No. 11-CV-2846-JST (N.D. Cal.), overlap with the claims in this case.

     The Court orders that Judge Grewal's July 1, 2014 order granting-in-part the motion to compel in *Ramirez v. Manpower, Inc.*, No. 13-CV-2880-BLF (N.D. Cal.) applies in this case. The parties are to meet and confer regarding the size of the putative class and what constitutes a statistically significant sample of that class. Any disputes regarding this issue are to be presented to Judge Lloyd.

     Counsel for plaintiffs are ordered to file an amended class complaint in *Rico v. Manpower,*

1

Case No.: 14-CV-03787-LHK
CASE MANAGEMENT ORDER

*Inc.*, Case No. CV177053 ("*Harmony Foods*") by April 20, 2015, to make clear that the claims in the *Harmony Foods* action do not overlap with the claims asserted in this case. Counsel for plaintiffs are further ordered to file an amended class complaint in *Rico v. Manpower, Inc.*, Case No. M1290142 ("*Rico*") by April 21, 2015, to make clear that the claims in the *Rico* action do not overlap with the claims asserted in this case.

The Court set the following case schedule:

DEADLINE TO SERVE INITIAL DISCLOSURES: April 24, 2015

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: August 17, 2015

DEADLINE TO COMPLETE MEDIATION: January 8, 2016

CLASS CERTIFICATION DEADLINES:

    Designate Experts: September 15, 2015

    File Motion for Class Certification: October 15, 2015

    File Opposition to Motion for Class Certification: November 19, 2015

    File Reply to Motion for Class Certification: December 14, 2015

    Class Certification Hearing: January 28, 2016 at 1:30 p.m.

FACT DISCOVERY CUTOFF: March 1, 2016

EXPERT DISCOVERY:
    Opening Reports: April 8, 2016
    Rebuttal Reports: April 29, 2016
    Close of Expert Discovery: May 20, 2016

DISPOSITIVE MOTIONS shall be filed by June 2, 2016, and set for hearing no later than July 14, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: September 15, 2016, at 1:30 p.m.

JURY/COURT TRIAL: September 26, 2016, at 9:00 a.m. Trial is expected to last 11 days.

**IT IS SO ORDERED.**

Dated: April 15, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge