UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUVENTINA MATA, et al., | Case No.14-CV-03787-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| MANPOWER INC. / CALIFORNIA PENINSULA, et al., | |
| Defendants. | |

Plaintiffs' Attorneys: Charles Swanston; Patrick Toole
Defendants' Attorneys: Spencer Skeen; Timothy Johnson

    A case management conference was held on July 29, 2015. A further case management conference is set for November 18, 2015, at 2:00 p.m. The parties shall file their joint case management statement by November 11, 2015.

    The parties shall file a stipulation dismissing Juventina Mata and Manpower Public Sector Inc. from this lawsuit with prejudice. The parties shall file such a stipulation by August 12, 2015.

    Plaintiffs shall file a motion to amend the pleadings by August 13, 2015. Defendants shall file a motion for summary judgment on the issues of (1) whether Manpower US Inc. is a proper defendant in this case and (2) the scope of the settlement release in *Willner v. Manpower Inc.*, 11-CV-02846. Defendant shall file the motion for summary judgment by August 27, 2015.

    The Court made the following changes to the case schedule:

1

Case No. 14-CV-03787-LHK
CASE MANAGEMENT ORDER

LAST DAY TO DESIGNATE EXPERTS FOR CLASS CERTIFICATION: October 15, 2015
DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION: January 8, 2016
DEADLINE TO FILE OPPOSITION TO CLASS CERTIFICATION: February 5, 2016
DEADLINE TO FILE REPLY IN SUPPORT OF CLASS CERTIFICATION: February 26, 2016
HEARING ON MOTION FOR CLASS CERTIFICATION: March 17, 2016, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-03787-LHK
CASE MANAGEMENT ORDER