UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUVENTINA MATA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MANPOWER INC. / CALIFORNIA PENINSULA, et al.,<br><br>        Defendants. | Case No. 14-CV-03787-LHK<br><br>**CASE MANAGEMENT ORDER AND ORDER DENYING PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO AUGMENT SUMMARY JUDGMENT RECORD**<br><br>Re: Dkt. 140 |

Plaintiffs' Attorneys:  Charles Swanson, Patrick Toole
Defendants' Attorneys:  Tim Johnson, Jesse Ferrantella

    A case management conference was held on January 21, 2016.  A further case management conference is set for May 19, 2016, at 1:30 p.m.  The parties shall file their joint case management statement by May 12, 2016.

    At the case management conference, the Court made the following rulings:
**PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO AUGMENT SUMMARY JUDGMENT RECORD (ECF No. 140)**
    For the reasons stated on the record, Plaintiffs' *ex parte* application to augment the record is DENIED.

**DISCOVERY**
    Defendants shall provide to Plaintiffs by January 29, 2016 a full list of Defendants'

1

30(b)(6) witnesses, designated by topic.  Defendants shall also provide by January 29, 2016 an updated version of the document map discussed at the case management conference.  The parties shall meet and confer in person by February 4, 2016 in order to resolve any remaining discovery disputes, including disputes related to the narrowing of search terms for e-discovery.  As stated at the case management conference, Plaintiffs' request to increase the number of depositions is DENIED.

The case schedule remains as set.  For the convenience of the parties, the case schedule is set forth below:

| Scheduled Event | Date |
| --- | --- |
| Briefing Schedule on Motion for Class Certification | Motion: March 4, 2016<br>Opp'n: April 4, 2016<br>Reply: April 25, 2016 |
| Class Certification Hearing | May 19, 2016, at 1:30 p.m. |
| Fact Discovery Cutoff | August 15, 2016 |
| Opening Expert Reports | September 15, 2016 |
| Rebuttal Expert Reports | September 29, 2016 |
| Close of Expert Discovery | October 18, 2016 |
| Deadline to File Dispositive Motions | November 1, 2016 |
| Hearing on Dispositive Motions | December 22, 2016, at 1:30 p.m. |
| Final Pretrial Conference | February 16, 2017, at 1:30 p.m. |
| Jury Trial | March 20, 2017, at 9:00 a.m. |
| Trial Length | 11 days |

**IT IS SO ORDERED.**

Dated:  January 21, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-03787-LHK
CASE MANAGEMENT ORDER AND ORDER DENYING PLAINTIFFS' *EX PARTE* APPLICATION TO AUGMENT SUMMARY JUDGMENT RECORD