United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUVENTINA MATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MANPOWER INC. / CALIFORNIA PENINSULA, et al.,<br><br>    Defendants. | Case No. 14-CV-03787-LHK<br><br>**ORDER REGARDING BILLING RECORDS AND OBJECTION FORMS** |

In Plaintiffs' motion for approval of attorney's fees and costs, Charles Swanston ("Swanston") reports that his firm, Fitzpatrick, Sweeney & Swanston, has spent approximately 1,853 hours litigating this action. ECF No. 192-1 ("Swanston Decl.") at 6. Additionally, Patrick Toole ("Toole") reports that his firm, Wanger Jones Helsley PC, has spent approximately 2,149.5 hours litigating this action.

Both Swanston's and Toole's declarations indicate the total amount of time billed for each biller. However, neither Swanston's nor Toole's declaration contains detailed billing records reporting the hours billed in the instant case. Additionally, although Swanston states that his $450 hourly rate is "the maximum rate that the Monterey County Superior Court has determined it will award to Monterey and Santa Cruz County law offices in wage and hour class action cases," ECF

1

No. 192-1, at 6, Swanston does not support this assertion with reference to specific cases.

Accordingly, the Court hereby ORDERS Class Counsel to provide detailed billing records for each biller in the instant case. Class Counsel shall also justify the requested $450 billing rate with reference to specific cases. Class Counsel shall file these documents by May 9, 2017.

Additionally, the Class Administrator has stated that the Class Administrator has received 253 objection forms. ECF No. 196, at 2. However, the Class Administrator has filed only one objection form with the Court and has stated regarding the other objection forms that "it is doubtful that any of them can truly be considered 'objectors.'" *Id.* Nevertheless, it is the Court's responsibility to evaluate these objection forms. Therefore, the Court ORDERS Plaintiffs or the Class Administrator to file all 253 objection forms by May 9, 2017.

**IT IS SO ORDERED.**

Dated: May 4, 2017

_____
LUCY H. KOH
United States District Judge